Kelly, Kelly & Kelly, for appellee; John J. Kelly, John J. Kelly, Jr., and George G. Kelly, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed February 11, 1952; rehearing denied March 10, 1952; released for publication March 25, 1952.

## Charles A. Hill, Trading as Perfect Service Garage, Appellant, v. Clemon Langdon, Winter and Hirsch, Inc., Appellee.

### Gen. No. 45,435.

Wimbish, Payne & Leighton, for appellant; George N. Leighton, of counsel; Robert L. Huttner, and A. J. Zenoff, for appellee; Robert L. Huttner, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed February 11, 1952; released for publication March 25, 1952.